> Acknowledged.
> Clerk is directed to withdraw ECF. Nos. 28 and 29.
>
> Distribution to all counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, ANDERSON-MADISON COUNTY NAACP BRANCH 3058, LEAGUE OF WOMEN VOTERS OF INDIANA, CASSANDRA RIGGS, and JEFFREY J. COTTRELL, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ANDERSON COMMON COUNCIL, and the MADISON COUNTY BOARD OF ELECTIONS, <br><br> Defendants. | CAUSE NO. <br> 1:23-cv-1022-JRS-TAB |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMIINARY INJUNCTION

Plaintiffs, by counsel, having filed their Motion for Summary Judgment and supporting brief [ECF Nos. 46 and 47], notify the Court and Defendants that they hereby withdraw their Motion for Preliminary Injunction and memorandum in support thereof [ECF Nos. 28 and 29].

Respectfully submitted,

/s/ William R. Groth
William R. Groth, Of Counsel (7325-49)
Daniel Bowman (31691-49)
Bowman & Vlink, LLC
*Attorneys for Plaintiffs*

1