> Acknowledged. Case dismissed with prejudice.
>
> JRS, DJ, 1/24/2025.
>
> Distribution to all counsel of record via CM/ECF.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| COMMON CAUSE INDIANA, et al., | ) |
| Plaintiffs, | ) |
| | ) CAUSE NO. 1:23-cv-1022-JRS-TAB |
| v. | ) |
| CITY OF ANDERSON COMMON COUNCIL, et al., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective counsel, notify the Court that they have reached a settlement, and, pursuant to Fed. R. Civ. P. 4l(a)(l)(A)(ii), hereby stipulate and agree to the dismissal of this action, with prejudice. The parties shall each bear their own attorney's fees and costs except as otherwise set forth in the settlement.

Respectfully submitted,

William R. Groth (7325-49)
Daniel Bowman (31691-49)
BOWMAN & VLINK, LLC
911 E. 86th Street, Suite 201-M
Indianapolis, IN 46240
(317) 353-9363
wgroth@fdgtlaborlaw.com
dbowman@fdgtlaborlaw.com
*Counsel for Plaintiffs*

Rosemary Khoury (19808-49) (*w/ permission*)
16 East 9th Street
Anderson, IN 46016
rosemaryfaridkhoury@yahoo.com
*Counsel for Defendant City of Anderson Common Council*

Jeffrey K. Graham (26380-29) (*w/ permission*)
Michael E. Farrer (6784-49) (*w/ permission*)
GRAHAM, FARRER & WILSON, P.C.
1601 South Anderson Street
PO Box 494
Elwood, Indiana 46036
mfarrer@grfwlaw.com
jgraham@gfwlawyers.com
(765) 552-9878
*Counsel for Defendant Madison County Board of Elections*